UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN HANSEN AND T J HERBST TRUST 1,<br><br>Plaintiffs,<br><br>v.<br><br>ROBIN P. ARKLEY, SN SERVICING CORPORATION, ANDY CECERE, AND US BANK TRUST NATIONAL ASSOCIATION,<br><br>Defendants. | No. 2:20-cv-02436-KJM-CKD PS<br><br><br>ORDER |

On December 28, 2020, the court issued findings and recommendations recommending that this action be dismissed with prejudice and the motion for in forma pauperis be granted. (ECF No. 3.) On the same day that the court issued its findings and recommendations, however, plaintiff paid the filing fee. (ECF No. 4.) Accordingly, in light of plaintiff's payment of the required filing fee, the court withdraws the findings and recommendations entered on December 28, 2020. Plaintiff is advised to review the Order Setting Status Conference issued on December 29, 2020 and comply with the directives set forth therein. (ECF No. 6.)

Dated:  January 26, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.2436.withdraw

1