UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN HANSEN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBIN P. ARKLEY, CEO, et al.,<br><br>Defendants. | No.  2:20-cv-2436 KJM CKD (PS)<br><br><br><br>ORDER |

Instead of responding to the pending motion to dismiss, plaintiff has filed an amended complaint. Plaintiff has not complied with Federal Rule of Civil Procedure 15(a)(1). Defendants' motion to dismiss remains pending.

On April 21, 2021, the court ordered plaintiff to show cause why his failure to file an opposition to the motion to dismiss should not waive his right to oppose the motion. The order to show cause will be discharged. Plaintiff must respond to the pending motion to dismiss.

IT IS ORDERED that:

1. The April 21, 2021 order to show cause is discharged; and
2. Plaintiff is ordered to file a response to the motion to dismiss within 14 days.

Dated:  April 22, 2021

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.hans.2436.respondmtd

1