UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN HANSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN P. ARKLEY, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-2436 KJM CKD (PS)<br><br>ORDER DENYING ELECTRONIC FILING<br><br>(ECF No. 25) |

Plaintiff has requested to file case documents electronically.[1] (ECF No. 25.) Plaintiff lives in Alabama and states it is a hardship that he lives far away from the court. Plaintiff further states he is familiar with Pacer.

Generally, "any person appearing pro se may **not** utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2) (emphasis in original). The court does not find good cause for deviance from the general rule at this time. At the current stage, the motion is DENIED.

Dated: May 12, 2021

　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8.Hansen20-cv-2436.electronicfiling

---

[1] This matter is referred to the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(21).

1