UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN HANSEN, et al., | No. 2:20-cv-2436-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| ROBIN ARKLEY, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19). On June 10, 2021, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed June 10, 2021 (ECF No. 33), are adopted in full;
2. Defendant's motion to dismiss (ECF No. 16) is granted and plaintiff's complaint (ECF No. 1) is dismissed without leave to amend; and
3. The Clerk's Office is directed to close this case.

DATED: November 7, 2021.

CHIEF UNITED STATES DISTRICT JUDGE